IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANA YOUNG and BRADLEY YOUNG,
on behalf of themselves and the
classes defined herein,

    Plaintiffs,

v.

MONTERERY FINANCIAL SERVICES, INC.,
d/b/a MONTEREY COLLECTION SERVICES,

    Defendant.                               Case No. 10-cv-862-DRH

### ORDER

**HERNDON, Chief Judge:**

    Before the Court is a Notice of Dismissal (Doc. 23) filed by Plaintiff Dana Young pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**. . The Notice seeks to dismiss without prejudice and without costs Plaintiff Dana Young only from this suit. The Court hereby **ACKNOWLEDGES** that Plaintiff Dana Young's claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

    Signed this 10th day of February, 2011.

David R. Herndon
2011.02.10 10:32:55
-06'00'

**Chief Judge**
**United States District Court**