IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANA YOUNG and BRADLEY YOUNG,
on behalf of themselves and the
classes defined herein,

    Plaintiffs,

v.

MONTEREY FINANCIAL SERVICES, INC.,
d/b/a MONTEREY COLLECTION SERVICES,

    Defendant.                            Case No. 10-cv-862-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management purposes, in particular to remind Monterey Financial Services, Inc. of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate disclosure statement. Thus, the Court **ORDERS** Defendant Monterey Financial Services, Inc. to file its disclosure statement within ten (10) days from the date of issuance of this Order.

    **IT IS SO ORDERED**.

Signed this 17th day of March, 2011.

Digitally signed by
David R. Herndon
Date: 2011.03.17
16:22:18 -05'00'

**Chief Judge
United States District Court**