# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
### BENTON DIVISION

| | |
|---|---|
| BRADLEY YOUNG, on behalf of himself and the class defined herein, ) ) ) | |
| Plaintiffs, ) | |
| ) | 10-862-DRH |
| vs. ) ) | |
| MONTEREY FINANCIAL SERVICES, INC., ) d/b/a MONTEREY COLLECTION SERVICES, ) ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that the parties have reached an individual settlement. Plaintiff requests that all pending deadlines be stricken, and advises the Court that parties plan to execute a settlement agreement and file a stipulation of dismissal within forty-five (45) days. The stipulation of dismissal will dismiss plaintiff's individual claims with prejudice and the claims of the putative class without prejudice.

s/Tiffany N. Hardy
Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

      I, Tiffany N. Hardy, hereby certify that on October 24, 2011, I caused to be filed the foregoing document via the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:


David M. Schultz
dschultz@hinshawlaw.com

John P. Ryan
jryan@hinshawlaw.com


                                    s/Tiffany N. Hardy
                                      Tiffany N. Hardy