IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRADLEY YOUNG, on behalf of himself
and the class defined herein,

        Plaintiff,

v.

MONTEREY FINANCIAL SERVICES, INC.,
d/b/a MONTEREY COLLECTION SERVICES,

        Defendant.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a joint stipulation of dismissal (Doc. 72) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulating to the dismissal of plaintiff's individual claims against defendant with prejudice, the individual claims of Dana Young with prejudice, and the claims of the putative class without prejudice, and without costs. Because the stipulation of dismissal is signed by all parties who have appeared, the Court hereby acknowledges the dismissal, each party to bear its costs. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 23rd day of January, 2012.

                                              David R. Herndon
                                              2012.01.23
                                              14:57:39 -06'00'

                                              **Chief Judge**
                                              **United States District Court**